26 de agosto de 2013

Bankruptcy Clerks Office
Jose V. Toledo Fed &US Courthouse
300 Recinto Sur Street, Room 109
San Juan , PR 00901

RE: CASE NUMBER 13-06189 Edgar Xavier Berrocal Arroyo

A quien pueda interesar:

    Por la presente certifico que me opongo a que no se le permita al señor Berrocal, toda vez que este no se encuentra manteniendo al día del pago de la pensión alimentaria.
    Este mes pago $130.00 cuando la pensión alimentaria es de $731.00 mensual a beneficio de nuestra hija. Cualquier información adicional puede comunicarse con nosotros a la dirección y teléfono a bajo mencionado.

SÓNIA LUNA MARRERO
CALLE C-G-36 REPARTO MONTELLANO
CAYEY, P.R. 00736
TEL. (787)694-2433