IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EDGAR XAVIER BERROCAL ARROYO

XXX-XX-9430

Debtor(s)

CASE NO. 13-06189 BKT

Chapter 13

FILED & ENTERED ON 09/17/2013

## O R D E R

The Code of Judicial Conduct and Rule 9003 of the Federal Rules of Bankruptcy Procedure do not allow the undersigned to receive ex-parte communications in the nature of letters such as the one sent by Sonia Luna Marrero dated 8/26/2013. The proper way to address the Court is through application, motion or complaint, as set forth in the Fed. R. Bankr. P. 9013 and 7001.

WHEREFORE, the Clerk will return this letter together with this order to Sonia Luna Marrero.

SO ORDERED.

In San Juan, Puerto Rico, this 17 day of September, 2013.

Brian K. Tester
U.S. Bankruptcy Judge

C:    DEBTOR(S)
      JUAN O CALDERON LITHGOW
      ALEJANDRO  OLIVERAS RIVERA