IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDGAR XAVIER BERROCAL ARROYO

DEBTOR(S)

CASE NO. 13-06189-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 30, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: November 14, 2013        PLAN BASE: $12,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/18/2013

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**1) $400.00 in arrears under proposed plan; Equivalent of two (2) installments. 2) Debtor has failed to provide evidence of DSO post-petition payments for three (3) accounts until confirmation as required by 1325 (a)(8).**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**1) DSO recipient information for Ms. Camille Pizzini Arnott has not been provided. 2) Debtor is asked to provide evidence of the court determination recently issued that established the payments for ASUME at $700.00. 3) Amend Schedule B since it only discloses a bedroom set. Debtor testified he also owns a stove and refrigerator. 4) Statement of Financial Affairs doe not disclose year to date income. 5) Evidence of filing for 2012 state tax return has not been submitted.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$0.00 /$0.00/$0.00

Atty:  JUAN O CALDERON

/s/ Andrew Jimenez
Andrew Jimenez

USDC #226510
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG