# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: EDGAR XAVIER BERROCAL ARROYO
**Case Number**: 13-06189-BKT13                **Chapter:** 13
**Date / Time / Room**: 12/19/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: AIDA MACHARGO
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### Matter:

Confirmation Hearing

### Appearances:

MYRIAM SALWEN FOR ALEJANDRO OLIVERAS RIVERA , CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW FOR DEBTOR

### Proceedings:

The Debtor provided to the Trustee copy of the tax returns. The Debtor's attorney informed the Court that the DSO payments were modified to include the arrears. The Debtor will submit the new amount at the end of January 2014. The Debtor still in arrears with the Trustee in the amount of $400.00.

### ORDER:

The Debtor has until 1/17/2014 to answer the Trustee's motion to dismiss. The Trustee has fourteen (14) days thereafter to file a new recommendation. If the plan is favorably recommended, the same will be confirmed without need of hearing. If the plan is unfavorable recommended, the case may be dismissed.

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge